FILED
2005 Oct-03 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PAULA J. MARQUES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV 05-C-0505-W |
| ) | |
| THE UNIVERSITY OF ) | |
| ALABAMA, BOARD OF ) | |
| TRUSTEES, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL

The parties, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., hereby stipulate that the above-styled action may be dismissed, with prejudice; each party to bear its own costs.

Dated this 30th day of September, 2005.

Respectfully submitted,

Ann Robertson
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500
Attorney for Plaintiff

/s/ Michael I. Spearing
Michael I. Spearing
Office of Counsel
The University of Alabama System
Box 870106
Tuscaloosa, AL 35487-0106
(205) 348-5490
Attorney for Defendant