FILED
2005 Oct-11  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAULA J. MARQUES,** )<br>)<br>Plaintiff, )<br>)<br>**vs.** )<br>)<br>**THE UNIVERSITY OF** )<br>**ALABAMA, BOARD OF** )<br>**TRUSTEES,** )<br>)<br>Defendants. ) | Civil Action Number<br>**2:05-cv-00505-UWC** |

## ORDER OF DISMISSAL

Based on the parties Joint Stipulation of Dismissal, (Doc. 13), this case is hereby DISMISSED with prejudice.

Costs will be taxed as paid.

Done this 11th day of October, 2005.

_____
U.W. Clemon
Chief United States District Judge